# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

**MARK ERIC LAWLOR,**
       **Petitioner,**

v.                                           Case No.     2:15cv113

**DAVID W. ZOOK, Warden,**
**Sussex I State Prison,**

       **Respondent.**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Petitioner's § 2254 Writ of Habeas Corpus, ECF No. 20, is GRANTED to the extent that Petitioner challenges the constitutionality of the manner in which his sentence of death was imposed. Petitioner's sentence of death, imposed by the Circuit Court for the City of Fairfax, Virginia is VACATED, and his case is REMANDED to such Court for a new penalty phase proceeding, or for other appropriate proceedings consistent with clearly established federal law.

DATED:  1/22/2019

                                                 FERNANDO GALINDO, Clerk

                                                 By          /s/
                                                           D. Coulson, Deputy Clerk